## Mary Geraldine Neville, Appellee, v. City of Chicago, Appellant.

### Gen. No. 22,358.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WIL-
LIAM FENIMORE COOPER, Judge, presiding. Heard in this court at the
March term, 1916. 'Affirmed upon remittitur; otherwise reversed
and remanded. Opinion filed October 30, 1916.

### Statement of the Case.

Action by Mary Geraldine Neville, plaintiff, against
the City of Chicago, defendant, in the Superior Court
of Cook county, to recover for personal injuries sus-
tained by reason of a defective plank sidewalk in de-
fendant city, causing plaintiff to fall and a sliver of
wood to penetrate and tear her sexual organ. From a
judgment for plaintiff of $7,500, defendant appeals.
This case has been tried five times, and has been heard
twice in this court (154 Ill. App. 537; 191 Ill. App.
372).   The verdict of the jury resulting in the judg-
ment appealed from was for $15,000, which by remit-
titur was reduced to $7,500.   The facts are fully stated
in the opinion in 154 Ill. App. 557, with the exception
of an opinion by the late Dr. John B. Murphy, negativ-
ing any causal connection between the accident and a
later diseased condition of plaintiff's ovaries, neces-
sitating the performance of an operation known as
ovariotomy.

SAMUEL A. ETTELSON and CHARLES R. FRANCIS, for
appellant; HENRY T. CHACE, JR., of counsel.

T. F. LARAMIE and A. W. FULTON, for appellee.

MR. PRESIDING JUSTICE MCSURELY delivered the opin-
ion of the court.

Neville v. City of Chicago, 201 Ill. App. 562.

## Abstract of the Decision.

1.  MUNICIPAL CORPORATIONS, § 1098*—*when evidence shows negligence in care of sidewalk.*  In an action to recover for personal injuries sustained by reason of a defective plank sidewalk in defendant city, causing plaintiff to fall and a wooden sliver from the sidewalk to penetrate and tear her sexual organ, evidence examined and a verdict finding defendant guilty of negligence *held* sustained by the evidence.

2.  DAMAGES, § 188*—*when evidence fails to show causal connection between injury and. element of damage.*  In an action to recover for personal injuries sustained by reason of a defective plank sidewalk in defendant city, causing plaintiff to fall and a wooden sliver to penetrate and tear her sexual organ, where plaintiff claimed the injuries sustained caused a diseased condition of her ovaries and necessitated the performance of an operation known as ovariotomy, evidence examined and *held* not to show a causal connection between the injury sustained and the diseased conditions necessitating the operation.

3.  DAMAGES, § 114*—*when excessive for injury to female sexual organ.*  In an action to recover for personal injuries sustained by reason of a defective plank sidewalk in defendant city, causing plaintiff to fall and a sliver of wood to penetrate and tear her sexual organ, causing considerable bleeding, where the evidence failed to show a causal connection between the injuries and a diseased condition of the ovaries, necessitating an operation, a verdict for plaintiff for $15,000, remitted in the trial court to $7,500, *held* excessive as remitted, and a further remittitur of $6,500 ordered.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.